UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS KELLY,**<br><br>        Plaintiff,<br>vs.<br><br>**VALEO NORTH AMERICA, INC.,**<br><br>        Defendant. | 2:24-CV-11066-TGB-KGA<br><br>HON. TERRENCE G. BERG<br><br>**ORDER DIRECTING DEFENDANT TO SECURE LOCAL COUNSEL** |

On June 28, 2024, attorney Gregory V. Mersol appeared in this case on behalf of Defendant Valeo North America, Inc. ECF No. 4, Answer. Mr. Mersol states that he is an attorney with Baker & Hostetler LLP in Cleveland, Ohio. Mr. Mersol is not listed as an active member of the State Bar of Michigan.

Eastern District of Michigan Local Rule 83.20(f), Local Counsel, provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the Court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. L.R. 83.20(f)(1). In addition, "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or

1

on motion or request of a party, dispenses with the requirement." *Id.* at (f)(2).

Accordingly, the Court **ORDERS** Defendant to secure local counsel pursuant to E.D. Mich. LR 83.20(f), and local counsel must enter an appearance in this case by **March 20, 2025.**

**IT IS SO ORDERED.**

Dated: March 7, 2025  /s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE